## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

BRIAN HUGHES
ADC #119986                                                                                   PLAINTIFF

V.                              NO: 1:07CV00027 JLH/HDY

JAMES BANKS *et al.*                                                                        DEFENDANTS

## ORDER

On March 19, 2009, Plaintiff filed a "motion for discovery," which is in essence a discovery request. Accordingly, Plaintiff's motion (docket entry #71) is DENIED, and Defendants should respond to Plaintiff's discovery request pursuant to the Federal Rules of Civil Procedure.

IT IS SO ORDERED this  19  day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE