**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

BRIAN HUGHES                                                                                               PLAINTIFF
ADC #119986

v.                                              NO. 1:07CV00027 JLH-HDY

CURTIS MEINZER, *et al.*                                                                          DEFENDANTS

## ORDER

Brian Hughes has filed a motion for extension of time within which to file objections to the recommended disposition submitted by United States Magistrate Judge H. David Young on August 19, 2011. Without objection, the motion is GRANTED. Document #184. The time within which Hughes must submit his objections is extended up to and including September 12, 2011.

IT IS SO ORDERED this 1st day of September, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE