## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

BRIAN HUGHES                                                                                                PLAINTIFF
ADC #119986

v.                                              NO. 1:07CV00027 JLH-HDY

CURTIS MEINZER, *et al*.                                                                       DEFENDANTS

### ORDER

The parties have filed a motion for extension of time within which to file dispositive motions. The motion is GRANTED. Document #201. The deadline for filing dispositive motions is hereby extended up to and including June 25, 2012.

IT IS SO ORDERED this 25th day of May, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE