**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

BRIAN HUGHES                                                                                         PLAINTIFF
ADC #119986

V.                                        NO: 1:07CV00027 JLH/HDY

JAMES BANKS *et al.*                                                                        DEFENDANTS

## ORDER

On July 11, 2012, attorney Frances Morris Finley was appointed to represent Plaintiff in this proceeding. Based on information the Court has received, Ms. Finley is hereby relieved of the appointment, and another attorney will be appointed.

In accordance with the provisions of Local Rule 83.7, the following attorney is now appointed to represent Plaintiff: Daniel G. Ritchey, Post Office Box 443, Blytheville, AR 72316-0443. The Clerk shall enter Mr. Ritchey's name as the attorney of record for Plaintiff and shall send counsel a copy of this order and a copy of Local Rule 83.7. The Clerk is also directed to forward to counsel a copy of this file 21 days after the entry of this order.

IT IS SO ORDERED this __12__ day of July, 2012.

UNITED STATES MAGISTRATE JUDGE