**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

BRIAN HUGHES  PLAINTIFF
ADC #119986

V.  NO: 1:07CV00027 JLH/HDY

JAMES BANKS *et al.*  DEFENDANTS

## ORDER

On July 12, 2012, attorney Daniel G. Ritchey was appointed to represent Plaintiff in this proceeding. On July 20, 2012, Mr. Ritchey filed a motion to withdraw as counsel, asserting that he has provided more than 20 hours of *pro bono* services in the past 12 months. For good cause shown, the motion (docket entry #220) is GRANTED, and a different attorney will be appointed.

In accordance with the provisions of Local Rule 83.7, the following attorney is now appointed to represent Plaintiff: Gregory T. Jones, Wright, Lindsey & Jennings, 200 West Capitol Avenue, Suite 2300, Little Rock, AR 72201-3699. The Clerk shall enter Mr. Jones's name as the attorney of record for Plaintiff and shall send counsel a copy of this order and a copy of Local Rule 83.7. The Clerk is also directed to forward to counsel a copy of this file 21 days after the entry of this order.

IT IS SO ORDERED this   26   day of July, 2012.

UNITED STATES MAGISTRATE JUDGE