IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

BRIAN HUGHES                                                                                          PLAINTIFF
ADC #119986

V.                                          NO: 1:07CV00027 JLH/HDY

JAMES BANKS *et al.*                                                                            DEFENDANTS

## ORDER

The Clerk is directed to immediately forward a copy of this file to counsel for Plaintiff.

IT IS SO ORDERED this  7   day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE