**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

BRIAN HUGHES                                                                                                    PLAINTIFF
ADC #119986

V.                                        NO: 1:07CV00027 JLH/HDY

JAMES BANKS *et al.*                                                                                       DEFENDANTS

## ORDER

The Court has received from Plaintiff correspondence complaining of mail problems at his prison unit, and requesting copies of documents filed in this case. Because Plaintiff is represented by counsel, the Clerk is directed to forward Plaintiff's correspondence to his attorney, without filing it.

IT IS SO ORDERED this   9   day of August, 2012.

UNITED STATES MAGISTRATE JUDGE