# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BRIAN HUGHES                                                                                    PLAINTIFF
ADC #119986

v.                                      NO. 1:07CV00027 JLH/HDY

JAMES BANKS *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT defendants' motion for summary judgment is DENIED. Document #209.

DATED this 29th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE