**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

BRIAN HUGHES                                                                          PLAINTIFF
ADC #119986

v.                                        NO. 1:07CV00027 JLH/HDY

JAMES BANKS *et al.*                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition

submitted by United States Magistrate Judge H. David Young, and the objections filed.  After

carefully considering the objections and making a *de novo* review of the record in this case, the Court

concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby

are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT defendants' motion for summary judgment is

DENIED.  Document #209.

DATED this 29th day of April, 2013.

*J. Leon Holmes*

_____
UNITED STATES DISTRICT JUDGE