IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRIAN HUGHES                                                                                               PLAINTIFF
ADC #119986

v.                                                  NO. 1:07CV00027 JLH

JAMES BANKS, *et al.*                                                                              DEFENDANTS

## ORDER

Pending before the Court is the application filed on December 31, 2013, by Gregory T. Jones for the reimbursement of out-of-pocket expenses. Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disperse money from the Library Fund in the amount of $6,220.45 and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of Court.

IT IS SO ORDERED this 6th day of January, 2014.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE